# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER WATTERS on behalf of L.B.,** | : | **CIVIL ACTION NO. 3:13-CV-770** |
| | : | |
| Plaintiff, | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** | : : : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of March, 2014, upon consideration of the complaint (Doc. 1) by plaintiff Roger Watters ("Watters"), on behalf of his minor son, L.B., seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying L.B.'s claim for supplemental security income, and upon consideration of the answer by the Commissioner (Doc. 7), the administrative record (Doc. 8), and the parties' supporting and responsive briefs (Docs. 11, 14, 15), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court is directed to ENTER judgment in favor of the Commissioner and against Watters as set forth in the following paragraph.

2. Watters's appeal (Doc. 1) from the decision of the Commissioner denying his son's claim for supplemental security income is DENIED and the decision of the Commissioner is AFFIRMED.

3. The Clerk of Court is directed to CLOSE the above-captioned case.

 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania